IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH DRUMMOND, | ) |
| Plaintiff, | ) ) ) Civil Action No. 23-336 |
| v. | ) ) |
| WARDEN J. HUTCHINSON, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On November 18, 2026, the Magistrate Judge issued a Report (ECF No. 36), in which she recommended that Defendants' Motion to Dismiss be granted and recommended (1) dismissal of all claims brought against any Defendant in their official capacity, with prejudice; (2) dismissal of Plaintiff's *Bivens* claim against the Medical Defendants, with prejudice; (3) dismissal of Plaintiff's claim asserted against the Corrections' Defendants concerning the condition of the icy sidewalk for failure to exhaust administrative remedies; and (4) dismissal of Plaintiff's purported negligence claim brought pursuant to the Federal Torts Claim Act and asserted against the Corrections' Defendants, without prejudice to filing an amended complaint against an appropriate defendant. Objections to the Report and Recommendation were due by December 5, 2025. No Objections have been filed. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of January 2025, it is hereby ORDERED that the Report and Recommendation, ECF No. 36, filed on November 18, 2025, is adopted as the Opinion of this Court.

**I.** Defendants' Motion to Dismiss, ECF No. 24, is GRANTED. IT IS FURTHER ORDERED that all claims brought against any Defendant in their official capacity are dismissed with prejudice; Plaintiff's *Bivens* claim asserted against the Medical Defendants is dismissed with prejudice; Plaintiff's claim asserted against the Corrections' Defendants, concerning the condition of the icy sidewalk, is dismissed for failure to exhaust administrative remedies; and Plaintiff's purported negligence claim asserted against the Corrections Defendants, brought pursuant to the Federal Torts Claim Act, is dismissed without prejudice. Plaintiff is permitted to file an amended complaint raising such claim asserted against an appropriate defendant.

**II**. Pursuant to the Court's statutory responsibility to review complaints under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), filed by persons who are proceeding in forma pauperis, Plaintiff's claim asserted against the Defendant, "Compound Supervising Officer," concerning the condition of the icy sidewalk, is dismissed for failure to exhaust administrative remedies.

**III**. The Complaint is dismissed. Leave to amend the Complaint is granted, only as to a negligence/FTCA claim, to the extent it is asserted against an appropriate defendant. Any amended complaint is due by February 20, 2025. If no amended complaint is filed by February 20, 2025, this case shall be dismissed, and the case will be closed without further notice.

3

    This Court will retain jurisdiction of this matter during the time period set for Plaintiff to file an amended complaint. If an amended complaint is timely filed this matter will be returned to the Magistrate Judge for further proceedings. If no amended complaint is filed by February 20, 2026, a further Order to confirm dismissal of all claims will issue.

        <u>/s *Marilyn J. Horan*</u>
        Marilyn J. Horan
        United States District Court Judge

Keith Drummond
2460 Dawnlight Ave
Columbus, OH 43211 \